UNITED STATES COURT OF APPEALS
For the Fifth Circuit

_____

No. 01-30726
_____

CARL McLEOD,

Plaintiff-Appellant,

VERSUS

MICHAEL THIBODEAUX, SIXTEENTH JUDICIAL DISTRICT CLERK OF COURT,

AND

JANE DOE, SIXTEENTH JUDICIAL DISTRICT COURT REPORTER,

Defendants-Appellees.

_____

Appeal from the United States District Court for the Western
District of Louisiana, Lafayette
01-CV-304
_____

January, 2, 2002

Before DAVIS, WIENER, AND BARKSDALE, Circuit Judges.

PER CURIAM:[1]

    We agree with the district court that this case is barred by

Heck v. Humphrey, 512 U.S. 477 (1994).  The district court judgment

is therefore

    **AFFIRMED.**

_____

    [1] Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.